IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:15-CV-00075-RLV-DCK

| | |
|---|---|
| AMBER A. TRIPLETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| NORTH CAROLINA DEPARTMENT OF ) | |
| PUBLIC SAFETY, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Court's *sua sponte* amendment to the Pretrial Order and Case Management Plan (Doc. 10). On January 13, 2017, the parties, citing an oversight regarding the scheduling of mediation, filed a joint motion to continue. (Doc. 27). The Court granted the joint motion to continue and ordered the parties to file a joint status report regarding the scheduling of mediation. (Doc. 28). The parties have since filed said joint status report, representing that they scheduled mediation for February 23, 2017. **IT IS, THEREFORE, ORDERED THAT** the Pretrial Order and Case Management Plan (Doc. 10 at 4) is amended to require that the parties have up to and including March 10, 2017, to file a report on the results of mediation.

Signed: March 3, 2017

Richard L. Voorhees
United States District Judge

1