IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:15-CV-00075-RLV-DCK

| AMBER A. TRIPLETT, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion following the submission of Plaintiff's post-trial Motion for Attorney Fees (Doc. 73) and Motion for Additional Relief (Doc. 75) and Defendant's responses to the two motions (Docs. 76, 77). Following the jury returning its verdict in this matter, the Court permitted Plaintiff ten business days to file her post-trial motions and permitted Defendant five business days to file its responses. The Court, however, did not provide for Plaintiff filing any reply briefs. Having reviewed the submissions of the parties, the Court determines that reply briefs by the Plaintiff are appropriate and may be beneficial to the resolution of Plaintiff's post-trial motions. Accordingly, Plaintiff shall have up to and including June 6, 2017 to file any reply briefs.

**SO ORDERED.**

Signed: June 1, 2017

Richard L. Voorhees
United States District Judge