IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15CV75

| | |
|---|---|
| AMBER A. TRIPLETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| NORTH CAROLINA ) | |
| DEPARTMENT OF PUBLIC ) | |
| SAFETY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court upon the Plaintiff's Motion for Additional Relief. A jury trial in this case was held by the Honorable Richard Voorhees in May of 2017, at which the jury found for the Plaintiff on her hostile work environment claim only and awarded her $10,000. Plaintiff thereafter sought attorneys' fees and costs and, in addition, filed the present Motion for Additional Relief. Judge Voorhees entered an Order granting Plaintiff's Motion for Attorneys' Fees and Costs with modification. Judge Voorhees did not address Plaintiff's Motion for Additional Relief.

This matter was subsequently transferred to the undersigned upon the retirement of Judge Voorhees. The issues raised in this motion require the Court to review a transcript of the trial. As the movant, Plaintiff is directed to order a transcript of the trial forthwith. The Defendant must thereafter secure a copy of the transcript from the court reporter. Within 20 days of her receipt of the transcript, Plaintiff is directed to resubmit her brief in support of her Motion for Additional Relief, citing to the trial transcript to support her arguments, and attaching the relevant portions of the trial transcript. Defendant shall then have 14 days to submit an amended

response brief in a similar manner, with citations to the record. Plaintiff may thereafter submit an amended Reply within seven days.

IT IS SO ORDERED.

Signed: May 14, 2018

Graham C. Mullen
United States District Judge