# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Amber A. Triplett, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:15-cv-00075-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| North Carolina Department of Public Safety, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Trial Verdict entered 05/10/2017 and on the Court's Orders entered on 09/01/2017 and 09/05/2018.

_____
Frank G. Johns, Clerk
United States District Court